UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFERY CURTIS MARBLE,

    Petitioner,

v.

PATRICK GLEBE,

    Respondent.

Case No. C15-142-RSL

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed petitioner's amended petition for writ of habeas corpus, petitioner's memorandum of points and authorities in support of his petition, respondent's answer to the petition, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's amended petition for writ of habeas corpus (Dkt. 9) is DENIED.

(3) Petitioner's amended petition and this action are DISMISSED with prejudice.

(4) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all grounds for relief asserted in this federal habeas action.

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

(5)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 1st day of October, 2015.

_____
ROBERT S. LASNIK
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2